IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

BILLIE R. SHEFFEY,

    Plaintiff,

v.

MICHAEL J. ASTRUE, *Commissioner of Social Security*,

    Defendant.

Case No. 1:10cv-124 (WLS)

## ORDER

Before the Court is a Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed May 14, 2012. (Doc. 26). It is recommended that the Social Security Commissioner's Decision be affirmed pursuant to Sentence Four of §405(g) for further consideration. (Doc. 26 at 4).

The Report and Recommendation provided the Parties with fourteen (14) days from the date of its service to file written objections to the recommendations therein. (*Id.* at 5). The period for objections expired on Tuesday, May 29, 2012, and no objections have been filed to date. (*See* generally Docket).

Upon full review and consideration of the record, the Court therefore finds that said Recommendation (Docs. 26) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein.

1

Accordingly, the Social Security Commissioner's final decision is **AFFIRMED** pursuant to Sentence Four of §405(g).

**SO ORDERED**, this  22nd  day of June, 2012.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**